Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JAMES WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JAMES WHITE, *et al.*,<br><br>            Defendants. | Case No. CR 06-00217 DLJ<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT JAMES WHITE'S CONDITIONS OF RELEASE** |

**STIPULATION**

On March 20, 2006, Defendant James White was released on bail in the above-captioned matter. One of Mr. White's conditions of release was that he not travel outside of the Northern District of California without court-ordered permission.

Mr. White has requested that he be allowed to travel to the East Coast in May 2006, on a vacation that was arranged and paid for prior to Mr. White's arrest in this case. If Mr. White's travel is approved, Mr. White will leave on May 4, 2006, and return to the Northern District of California on May 14, 2006. Mr. White will initially travel to New York, where he will stay until May 7, 2006. On May 7, 2006, Mr. White will drive to Rhode Island to visit his sister; he will stay in Rhode Island, and visit his grandmother and extended relatives in nearby Massachusetts, until May 9, 2006. On May 9, 2006 to May 10, 2006, Mr. White will stay with his father in Maine. From May 10, 2006 to May 14, 2006, Mr. White will visit his mother in New Hampshire. At each stage of his trip, Mr. White will be accompanied by Oscar Perez, who is one of Mr. White's sureties in this matter.

Counsel for Mr. White has spoken with United States Pretrial Service Officer Michelle Nero, and Ms. Nero has no objections to this request. Prior to his departure, Mr. White will provide Ms. Nero with a copy of his itinerary and with a list of all addresses at which he will be staying throughout his trip. In addition, Mr. White will have his cellular telephone with him during his trip and will be able to be reached if necessary.

Therefore, the parties HEREBY STIPULATE that the release conditions for James White in the above-captioned case may be modified to permit his aforementioned travel to the East Coast between May 4, 2006, and May 14, 2006.

IT IS SO STIPULATED.

DATED:

_____
EDWARD W. SWANSON
ALEXIS HALLER
Swanson, McNamara & Haller LLP
Counsel for JAMES WHITE

DATED:

_____
ALICIA FENRICK
Assistant United States Attorney

**ORDER**

Good cause appearing therefor, and upon the stipulation of the parties, the Court HEREBY ORDERS that the release conditions for James White in the above-captioned case are modified to permit his above-referenced travel to the East Coast between May 4, 2006 and May 14, 2006.

IT IS SO ORDERED.

DATED:

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

1  Counsel for Mr. White has spoken with United States Pretrial Service Officer Michelle Nero, and
2  Ms. Nero has no objections to this request. Prior to his departure, Mr. White will provide Ms. Nero with
3  a copy of his itinerary and with a list of all addresses at which he will be staying throughout his trip. In
4  addition, Mr. White will have his cellular telephone with him during his trip and will be able to be
5  reached if necessary.
6  Therefore, the parties HEREBY STIPULATE that the release conditions for James White in the
7  above-captioned case may be modified to permit his aforementioned travel to the East Coast between
8  May 4, 2006, and May 14, 2006.
9  IT IS SO STIPULATED.

DATED: 4/10/06

EDWARD W. SWANSON
ALEXIS HALLER
Swanson, McNamara & Haller LLP
Counsel for JAMES WHITE

DATED: 4/10/06

ALICIA FENRICK
Assistant United States Attorney

### ORDER

Good cause appearing therefor, and upon the stipulation of the parties, the Court HEREBY ORDERS that the release conditions for James White in the above-captioned case are modified to permit his above-referenced travel to the East Coast between May 4, 2006 and May 14, 2006.

IT IS SO ORDERED.

DATED: April 11, 2006



IT IS SO ORDERED
Judge Wayne D. Brazil