FILED
APR 2 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JAMES WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES WHITE, et al.,<br><br>Defendants. | Case No. CR 06-00217 DLJ<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANT JAMES WHITE FROM APPEARING AT STATUS HEARING<br><br>DATE:  May 12, 2006<br>TIME:  9:00 a.m. |

    Edward W. Swanson, counsel for Defendant James White, has informed the Court that Mr. White is unable to appear at the status hearing scheduled for May 12, 2006 at 9:00 a.m. due to a previously scheduled trip. The trip was approved by Magistrate Judge Wayne D. Brazil on April 11, 2006. See Docket No. 70. In light of Mr. White's schedule conflict, the Court HEREBY ORDERS that Mr. White is excused from appearing at the hearing on May 12, 2006.

IT IS SO ORDERED.

Dated: 4-28-06

_____
HON. D. LOWELL JENSEN
United States District Judge