JUN-27-2006  08:13                                                                              P.02

1   Edward W. Swanson SBN 159859
    Alexis Haller SBN 201210
2   SWANSON, McNAMARA & HALLER LLP
    300 Montgomery Street, Suite 1100
3   San Francisco, California 94104
    Telephone: (415) 477-3800
4   Facsimile: (415) 477-9010

5   Attorneys for JAMES WHITE

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. CR 06-00217 DLJ

12                 Plaintiff,              **STIPULATION AND [~~PROPOSED~~]
                                           ORDER TO PERMIT TRAVEL**
13        vs.

14  JAMES WHITE, *et al.*,

15                 Defendants.

16                           **STIPULATION**

17      On March 20, 2006, Defendant James White was released on bail in the above-captioned matter.

18  One of Mr. White's conditions of release was that he not travel outside of the Northern District of

19  California without court-ordered permission.

20      Mr. White has requested that he be allowed to travel to Rosemead, California, and surrounding

21  areas in the Central and Southern Districts of California, on a vacation that was arranged and paid for

22  prior to Mr. White's arrest in this case.  If Mr. White's travel is approved, Mr. White will leave on July

23  1, 2006 and return to the Northern District of California on July 3, 2006.  Counsel for Mr. White has

24  spoken with United States Pretrial Service Officer Michelle Nero, and Ms. Nero has no objections to this

25  request.

26      Therefore, the parties HEREBY STIPULATE that the release conditions for James White in the

27  ///

28  ///

FILED

JUN 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  above-captioned case may be modified to permit his aforementioned travel to the Central and Southern

2  Districts of California between July 1, 2006 and July 3, 2006.

3      IT IS SO STIPULATED.

4

5  DATED:  6-26-06

6

7                                                  EDWARD W. SWANSON
                                                   ALEXIS HALLER
8                                                  Swanson, McNamara & Haller LLP
                                                   Counsel for JAMES WHITE
9  DATED:  6/26/06

10

11                                                 DANA WAGNER
                                                   Assistant United States Attorney
12

13                              **ORDER**

14      Good cause appearing therefor, and upon the stipulation of the parties, the Court HEREBY

15  ORDERS that the release conditions for James White in the above-captioned case are modified to permit

16  his above-referenced travel to the Central and Southern Districts of California from July 1, 2006 to July

17  3, 2006.

18      IT IS SO ORDERED.

19

20  DATED:  June 27, 2006

21

22                                                 The Honorable ~~Wayne D. Brazil~~ D. Lowell Jensen
                                                   United States ~~Magistrate Judge~~
23                                                 United States District Judge

24

25

26

27

28