1  Edward W. Swanson SBN 159859
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
5  Attorneys for JAMES WHITE

**FILED**

FEB 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-00217 DLJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING SENTENCING DATE** |
| vs. | |
| JAMES WHITE, *et al.*, | |
| Defendants. | |

## STIPULATION

Defendant James White, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Dana R. Wagner, hereby stipulate and agree as follows:

1) Sentencing in the above-captioned matter was previously set for January 24, 2007.

2) To accommodate the schedules of counsel and of Mr. White, the parties agree that sentencing should be set for March 23, 2007 at 10:00AM.

IT IS SO STIPULATED.


Dated: January 25, 2007                     /s/
                                            _____
                                            Edward W. Swanson
                                            SWANSON, McNAMARA & HALLER LLP
                                            Counsel for JAMES WHITE


Dated: January 25, 2007                     /s/
                                            _____
                                            Dana R. Wagner
                                            Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   Feb 20, 2007

_____
The Honorable D. Lowell Jensen
United States District Court