```
United States of America,      )
                               )
            Plaintiff,         )
                               )
     v.                        )
                               )       No. CR-06-00217-06 DLJ
James White,                   )
                               )       ORDER
            Defendant.         )
_____)
```

Having plead guilty on June 21, 2006 to one count of possession of Marijuana in violation of 21 U.S.C. § 844, James White (Defendant) appeared before the Court on March 23, 2007 for sentencing. Pursuant to 18 U.S.C. § 3607(a), the Court defers entering a judgment of conviction at this time and orders Defendant to be placed on pre-judgment probation for a period of one year, beginning March 23, 2007. While on probation, Defendant must comply with the following conditions:

   1. Defendant shall not commit another Federal, State or local crime.

   2. Defendant shall comply with the standard conditions that have been adopted by this Court. Defendant shall submit his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of release. Failure to submit to such a search may be grounds for revocation; Defendant shall warn any fellow residents that the premises may be subject to searches.

   3. Defendant shall refrain from any unlawful use of a controlled substance and shall submit to a drug test within 15 days of release on probation and 2 periodic drug tests thereafter. The Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer until such time as the Defendant is released from treatment by the probation officer. The Defendant is to pay part or all of the cost of the treatment, at an amount not to exceed the cost of treatment as deemed appropriate by the

probation officer.  Payments shall never exceed the total cost of urinalysis and counseling.  The actual co-payment schedule shall be determined by the probation officer.

No fine is imposed because of Defendant's financial circumstances.  Because the entry of judgment is deferred, no special assessment is due at this time.  At the expiration of Defendant's probation, if Defendant has complied with the terms and conditions of probation, the Court will, without entering a judgment of conviction, dismiss the proceedings against Defendant and discharge him from probation.

IT IS SO ORDERED.

Dated: March__23__2007       _____
                             D. Lowell Jensen
                             United States District Judge

2